ABBY HYDE, Respondent, *v.* MAISON HORTENSE, INC., et al., Appellants.

GEORGE HYDE, Respondent, *v.* MAISON HORTENSE, INC., et al., Appellants.

(Argued October 8, 1929; decided October 22, 1929.)

*Bernard J. Vincent* for Maison Hortense, Inc., appellant.

*George J. Stacy, James J. Mahoney* and *Robert B. Livingston* for Edna Turpin, appellant.

*Moses Feltenstein* and *Sidney J. Feltenstein* for respondent.

In each action judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.